**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| PARAMOUNT TAX & ACCOUNTING CPAS, PC and PARAMOUNT TAX & ACCOUNTING CPAS, PLLC, | |
| *Plaintiffs*, | Civil Action No. 1:24-CV-1014-MHC |
| v. | |
| PARAMOUNT TAX AND ACCOUNTING, LLC, | TRIAL BY JURY DEMANDED |
| *Defendant*. | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF TRADEMARK INFRINGEMENT**

Plaintiffs Paramount Tax & Accounting CPAs, PC and Paramount Tax & Accounting CPAs, PLLC (collectively "Paramount") respectfully move this honorable Court for partial summary judgment of trademark infringement, pursuant to FED. R. CIV. P. 56.

Attached to this Motion are Plaintiffs' Statement of Undisputed Material Facts and Memorandum of Law in Support of this Motion, together with its exhibits.

May 28, 2026 Respectfully submitted,

/s/ *Kenneth Thomas Emanuelson*

Kenneth Thomas Emanuelson
Admitted *Pro Hac Vice*
Texas Bar No. 24012591

**THE EMANUELSON FIRM, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone: 469-363-5808
Ken@Emanuelson.us

Steven E. Ross
Admitted *Pro Hac Vice*
Texas Bar No. 17305500

**MAXUS LEGAL PLLC**
5050 Quorum Drive, Suite 700
Dallas, Texas 75254
Phone: 972-661-9400
Facsimile: 972-661-9401
sross@maxuslegal.com

/s/ *Zahra S. Karinshak*
Zahra S. Karinshak
Georgia Bar No. 407911
*Local Counsel for Plaintiffs*

**KREVOLIN & HORST, LLC**
1201 W. Peachtree Street, N.W.
Suite 3500, One Atlantic Center
Atlanta, GA 30309
Phone: (404) 888-9700
Facsimile: (404) 888-9577
Karinshak@khlawfirm.com

**Attorneys for Paramount Tax & Accounting CPAs, PC and Paramount Tax & Accounting CPAs, PLLC**

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), counsel for Plaintiffs hereby certifies that this filing was prepared using Times New Roman 14-point font, a font and point selection approved by the Court in Local Rule 5.1(B).

Date: May 28, 2026.

/s/ *Kenneth Thomas Emanuelson*
Kenneth Thomas Emanuelson
Admitted *Pro Hac Vice*
Texas Bar No. 24012591

## CERTIFICATE OF SERVICE

I certify that I have on this day electronically submitted the foregoing Memorandum of Law to the Clerk of Court using the Court's e-filing system, which will automatically send electronic mail notification of such filing to all counsel of record.

Date: May 28, 2026.

*/s/ Kenneth Thomas Emanuelson*
Kenneth Thomas Emanuelson
Admitted *Pro Hac Vice*
Texas Bar No. 24012591